IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCOS MARTINEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:15-CV-97-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

# **MEMORANDUM OPINION AND ORDER**

On April 18, 2017, the Magistrate Judge filed a Recommendation. (Doc. # 33.) On May 25, 2017, Petitioner Marcos Martinez filed objections. (Doc. # 36.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

Petitioner's objections are conclusory statements that Petitioner disagrees with various findings and conclusions in the Recommendation, but Petitioner does not present any argument or point out any fact that demonstrates error in the Recommendation. In particular, Petitioner fails to demonstrate (1) that he suffered prejudice in relation to his various complaints about his counsel; or (2) lack of the requisite nexus between possession of the firearm and the drug operation.

Accordingly, it is ORDERED as follows:

1. Petitioner's objections (Doc. # 36) are OVERRULED.

2. The Recommendation (Doc. # 33) is ADOPTED.

3. The petition, filed pursuant to 28 U.S.C. §2255, is DENIED.

4. This action is DISMISSED with prejudice.

Final judgment will be entered separately.

DONE this 10th day of October, 2017.

                                  /s/ W. Keith Watkins
                        CHIEF UNITED STATES DISTRICT JUDGE